UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CORNELIUS RIEGEL,

                              *Plaintiff,*          **STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)**

               -against-

STATE OF NEW YORK, through the NEW YORK STATE DEPARTMENT OF TRANSPORTATION, THOMAS MADISON, JR., in his capacity as Acting Commissioner of the NEW YORK STATE DEPARTMENT OF TRANSPORTATION, WAYNE SHUTTS and MYLES MCDONALD,

05-CV-1503

FJS/RFT

                               *Defendants.*

---

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for plaintiff and Defendants State of New York/New York State Department of transportation, Wayne Shutts, and Miles McDonald, parties to the above entitled-action, that:

      Whereas Thomas Madison was dismissed from this action pursuant to the Memorandum - Decision and Order dated January 14, 2008, and

      Whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action,

      the above-entitled action be and the same hereby is settled on the particular circumstances of this case, on the following terms and conditions, which it is agreed are of and shall have no legal precedential value in any other case either between the parties to this case or any other parties:

      1.    Plaintiff discontinues this action with prejudice and without damages, costs, interest or attorneys fees, and discharges and releases Defendants New York State Department of

Transportation, Wayne Shutts, Miles McDonald and the State of New York, including its agencies, subdivisions, employees, private contractors or assignees, of any and all claims, demands, or causes of actions, known or unknown, now existing or hereafter arising, whether presently asserted or not, which relate in any way to the subject matter of this action, and further agrees to discontinue and/or not to commence or to pursue in any court, arbitration or administrative proceeding, any litigation or claims against the defendants and others released hereby pertaining to the underlying facts, circumstances or incidents that gave rise to the aforementioned action, or any results of the aforementioned facts, circumstances or incidents.

2. Defendants discharge and release plaintiff from any and all claims, demands, or causes of actions, known or unknown, now existing or hereafter arising, whether presently asserted or not, which relate in any way to the subject matter of this action.

3. This action is hereby discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4. The parties agree that no provision of this settlement shall be interpreted to be an acknowledgment of the validity of any of the allegations or claims that have been made in the action.

5. This settlement does not constitute a determination of, or admission by any party to any underlying allegations, facts or merits of their respective positions. The settlement of this action is limited to the circumstances in this case alone and shall not be given effect beyond the specific provisions stipulated to. This settlement does not form and shall not be claimed as any precedent for, or an agreement by the parties to any generally applicable policy or procedure in the future.

6. Following the execution of this stipulation, and its being ordered by the Court, Defendants State of New York/New York State Department of Transportation, Wayne Shutts, and

2

Miles McDonald shall pay to plaintiff and his attorney the sum of $150,000.00 in full settlement of any and all claims. Payment by Defendants State of New York/New York State Department of Transportation, Wayne Shutts, and Miles McDonald of this amount shall be made in three checks. The first check will be payable to plaintiff in the amount of $ 116,625.00. The second check will be payable to plaintiff's attorney, Bonacic, Krahulick, Cuddeback, Onofrey & Brady, LLP, in the amount of $30,748.54. The third check will be payable to Jacobowitz and Gubits, LLP in the amount of $2,626.46. These amounts include all sums to which plaintiff is entitled, including but not limited to damages, costs, and attorney's fees. All checks will be mailed to plaintiff's attorney at Bonacic, Krahulick, Cuddeback, Onofrey & Brady, LLP, 90 Crystal Run Road, Suite 104, Middletown, New York 10941.

7. Payment by Defendants State of New York / New York State Department of Transportation, Wayne Shutts, and Miles McDonald of the amount specified in paragraph 6 is conditioned on the approval of all appropriate state officials in accordance with the provisions for indemnification under section 17 of the New York Public Officers Law.

8. Payment of the amounts referenced in paragraph 6 will be made within one hundred and twenty (120) days after the approval of this stipulation by the Court and receipt by Defendants' counsel of a copy of the so-ordered stipulation.

9. In the event that the terms of paragraph 7 are satisfied, but payment is not made within the 120 day period set forth in paragraph 9, interest shall begin to accrue on the outstanding principal balance at the statutory rate on the one hundred and twenty-first day after court approval.

10. The foregoing constitutes the entire agreement of the parties.

Dated: Middltown, New York
~~January~~ , 2009
February 6

*Joseph J. Ranni*

Joseph J. Ranni, Esq.
Bonacic, Krahulick, Cuddeback,
  Onofrey & Brady, LLP
90 Crystal Run Road, Suite 104
Middletown, New York 10941.

Dated: Albany, New York
~~January~~ , 2009
February 6.

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants State of New York, Wayne
  Shutts and Miles McDonald
The Capitol
Albany, New York 12224-0341

By: *Karen Marcoux Mankes*

Karen Marcoux Mankes
Assistant Attorney General, of Counsel
Bar Roll No. 104347
Telephone: (518) 474-4367
Fax: (518) 473-1572 (Not for service of papers.)
Email: Karen.Mankes@oag.state.ny.us

4

Dated:   Syracuse, New York
         February ~~6~~ 17, 2009

SO ORDERED:

*[signature]*

HON. FREDERICK J. SCULLIN
Senior UNITED STATES DISTRICT COURT JUDGE